```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICIA MOLINA,

           Plaintiff,

    -v-

KILOLO KIJAKAZI,[1]
Commissioner, Social Security Administration,

           Defendant.
------------------------------------------------------------------X

**ORDER**

21-CV-3869 (VSB) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Plaintiff commenced this social security case on April 30, 2021. She filed an executed summons on September 7, 2021. To date, counsel has not filed an appearance for the Commissioner. By the Court's calculation, the administrative record was due to be filed on December 6, 2021. The Court will send a copy of this order to the Chief, Civil Division, of the United States Attorney's Office, and directs that Office to have someone file a notice of appearance no later than **December 17, 2021**, as well as the administrative record by that date (or a request for an extension of time to file the record).

    **SO ORDERED.**

Dated: December 10, 2021
       New York, New York

JAMES L. COTT
United States Magistrate Judge

A copy of this Order has been sent to:
Jeffrey Oestericher
Chief, Civil Division
United States Attorney's Office
86 Chambers Street, 3rd Floor
New York, NY 10007

---

[1] Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this action.