UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICIA MOLINA,

                        Plaintiff,

      -against-                                21 **CIVIL** 3869 (JLC)

                                                            **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 15, 2022, Molina's motion is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

      November 17, 2022

                                                             **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                            **BY:**      *K. Mango*

                                                               **Deputy Clerk**